FARMERS' & MERCHANTS' STATE BANK OF EL-
DORADO v. COX *et al.* (WRIGHT *et al.,*
*Garnishees.*)

No. 5130.    Opinion Filed January 13, 1914.

(138 Pac. 148.)

**APPEAL AND ERROR**—Time for Appeal—Dissolution of Garnishment.
Where an order discharging or dissolving a garnishment is made (section 5261, Rev. Laws 1910), the party who obtained such garnishment having excepted to such order for the purpose of having the same reviewed in the Supreme Court upon petition in error, the court or judge granting said order shall, upon application of the proper party, fix the time, not exceeding 30 days from the discharge or dissolution of said garnishment, within which such petition in error shall be filed with the clerk of the Supreme Court; and, where the petition in error is not filed in this court within said time, the proceeding in error will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Harmon County;*
*Frank Mathews, Judge.*

Action by the Farmers' & Merchants' State Bank of Eldorado against J. B. Cox and Geo. M. Crockett, J. W. Wright and Leona Cox, garnishees. From an order discharging the garnishment, plaintiff brings error. Appeal dismissed.

*W. C. Austin,* for plaintiff in error.

*A. M. Stewart* and *Gray & McVay,* for defendants in error.

HAYES, C. J.   This is an appeal from an order discharging a garnishment.   The appeal was not filed in this court until about six months after the order sought to be reversed was rendered in the trial court.   By reason of section 5261, Rev. Laws 1910, where an order discharging or dissolving a garnishment is made, the party who obtained such garnishment, and who desires to appeal therefrom, must except to such order for the purpose of having the same reviewed by the Supreme Court and obtain from the trial court, upon application therefor, an order granting not exceeding 30 days within which to appeal therefrom; and the petition in error must be filed with the clerk of this court within the time fixed by the order of the trial court, not exceeding 30 days; and, where the petition in error is not filed in this court until after the expiration of said period of time the court is without jurisdiction to review same, and the cause must be dismissed.   *Kennedy Mer. Co. v. Dobson et al., ante,* 138 Pac. 147; *Ray v. Wade,* 31 Okla. 616, 122 Pac. 169; *Smith v. Eldred et al.,* 31 Okla. 352, 121 Pac. 195; *First Nat. Bank of Hobart v. Spink et al.,* 21 Okla. 468, 67 Pac. 1019.

The appeal is accordingly dismissed.

All the Justices concur.